IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ANNUALDCREDITREPORT.COM an ) <br> Internet Domain Name, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:14-cv-304 |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Dkt. No. 12). The Magistrate Judge issued a Report and Recommendation on July 11, 2014. (Dkt. No. 16). The Defendants filed no opposition to Plaintiffs' motion and no objection to the Magistrate Judge's findings.

Having reviewed the pleadings in this case as well as the Magistrate Judge's report, the Court hereby adopts the Magistrate Judge's recommendation. It is therefore **ORDERED** that:

1. Judgment is ENTERED by default in favor of plaintiff CENTRAL SOURCE LLC and against the Defendant Internet domain names annualdcreditreport.com, annualcredirrepoert.com, anbualcreditreport.com, annualcreditreport.com, anunalcreditreport.com, annualcreditresport.com, annualcreitrepoert.com, and anmualcreitreport.com;

2. The registry, VeriSign, Inc., is DIRECTED to change the registrar of record for the defendant domain names annualdcreditreport.com, annualcredirrepoert.com, anbualcreditreport.com, annualcreditreport.com, anunalcreditreport.com,

annualcreditresport.com, annualcreitrepoert.com, and anmualcreitreport.com from Internet.bs Corp. to Plaintiff's registrar of choice, GoDaddy.com LLC; and

3. GoDaddy.com LLC is then DIRECTED to take the necessary steps to have plaintiff CENTRAL SOURCE LLC listed as the registrant for the annualdcreditreport.com, annualcredirrepoert.com, anbualcreditreport.com, annualcreditreport.com, anunalcreditreport.com, annualcreditresport.com, annualcreitrepoert.com, and anmualcreitreport.com domain names.

August 1, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge